**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

OMNI RESOURCE GROUP OF SW FLORIDA,
LLC, formerly known as OMNI EMPLOYEE
BENEFIT CONSULTANTS, LLC,

                Plaintiff,

-vs-                                  Case No.  2:10-cv-456-FtM-36SPC

DEBORAH BUCHANAN,

                Defendant.

_____

## ORDER

This cause came before the Court on the Court's Order to Show Cause (Doc. #62) entered on May 18, 2011. On May 19, 2011, the Defendant filed a Response to the Order to Show Cause (Doc. #63) and a Certificate of Interested Persons and Corporate Disclosure Statement (Doc. # 64). The Court accepts Terry Stanger's Certificate of Interested Persons and Corporate Disclosure Statement, even though it was untimely filed. The Court will take no further action on the Order to Show Cause. Accordingly, it is now

    **ORDERED:**

The Court will take no further action on the Order to Show Cause (Doc. #62).

**DONE AND ORDERED** at Fort Myers, Florida, this   20th   day of May, 2011.

                                                        SHERI POLSTER CHAPPELL
                                                        UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record