UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

OMNI RESOURCE GROUP OF SW FLORIDA,
LLC, formerly known as OMNI EMPLOYEE
BENEFIT CONSULTANTS, LLC,

                Plaintiff,

-vs-                                                Case No.  2:10-cv-456-FtM-36SPC

DEBORAH BUCHANAN,

                Defendant.
_____

## ORDER

This matter comes before the Court on Joint Motion to Extend Court Imposed Deadlines and for Continuance (Doc. #68) filed on June 14, 2011.  The Parties jointly move for a continuance of the dates set forth in the case management and scheduling order as there is a dispositive motion to dismiss pending and discovery remains to be completed.  The Court finds good cause to grant the extensions.

Accordingly, it is now

**ORDERED:**

Joint Motion to Extend Court Imposed Deadlines and for Continuance (Doc. #68) is **GRANTED**.  The deadlines in this case are amended as follows:

| | | |
|---|---|---|
| Disclosure of Expert Reports | Plaintiff:<br>Defendant:<br>Rebuttal: | October 3, 2011<br>November 3, 2011<br> |
| Discovery Deadline | | December 30, 2011 |

| | |
|---|---|
| Mediation                                                 Deadline:<br>Mediator:<br>Address:<br><br>Telephone:<br><br>IF NO MEDIATOR IS DESIGNATED HEREIN:<br>The parties shall file a stipulation selecting a mediator within fourteen (14) days of the date of this Order. | January 20, 2012 |
| Dispositive Motions, *Daubert*, and *Markman* Motions | January 31, 2012 |
| Meeting *In Person* to Prepare Joint Final Pretrial Statement | February 17, 2012 |
| Joint Final Pretrial Statement (*Including* a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form) | February 27, 2012 |
| All Other Motions Including Motions *In Limine*, Trial Briefs | February 27, 2012 |
| Final Pretrial Conference                    Date:<br>Time:<br>Judge: | March 19, 2012<br>1:30 P.M.<br>Charlene E. Honeywell |
| Trial Term Begins<br>    [Trials Before Magistrate Judges Begin on Date Certain] | April 2, 2012<br>9:00 A.M. |
| Estimated Length of Trial | 4-5 days |
| Jury/Non Jury | Jury |

**DONE AND ORDERED** at Fort Myers, Florida, this ___16th___ day of June, 2011.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record